UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-31-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| LATHISA SMOKES, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 3).

## ORDER

**IT IS HEREBY ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: May 10, 2023

Max O. Cogburn Jr
United States District Judge